UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-mj-02213 Damian

UNITED STATES OF AMERICA

vs.

CRISTIAN DELGADO,

Defendant.
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___Yes _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes _x_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___ Yes _x_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   *Katherine W. Guthrie*
KATHERINE W. GUTHRIE
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502786
99 NE 4th Street
Miami, Florida 33132-2111
Tel (305) 961-9117
Fax (305) 530-7976
Katherine.Guthrie@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>CRISTIAN DELGADO,<br><br>Defendant(s) | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 9, 2022__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Theft or Receipt of Stolen Mail |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

N.M. Ramos, Postal Inspector
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: 2/10/2022 1:31pm

_____
Judge's signature

City and state: Miami, Florida

Honorable Melissa Damian, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, N.M. Ramos, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS"), and have been since 2019. I am currently assigned to the Miami Division's Mail Theft/Violent Crimes Team. In this capacity, I investigate various crimes involving the United States Postal Service, including mail theft. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am authorized to apply for and execute both search warrants and arrest warrants for offenses enumerated in Title 18 of the United States Code.

2. This Affidavit is submitted in support of a criminal complaint charging that on or about February 9, 2022, Cristian Delgado ("DELGADO") committed mail theft, in violation of Title 18, United States Code, Section 1708.

3. The facts contained in this Affidavit are based on my personal knowledge and experience, along with information provided to me by other law enforcement personnel and individuals. Because this Affidavit is being submitted for the limited purpose of establishing sufficient probable cause for the requested criminal complaint, it does not constitute all the facts known to law enforcement at this time.

## PROBABLE CAUSE

4. On or about February 9, 2022, a resident of the city of Medley, which is located in Miami-Dade County, observed a male riding a bike, wearing a hat on his head, opening mailboxes, and entering into residences' backyards in the vicinity of 7500 NW South River Drive. The resident contacted Medley Police Department and reported the incident.

5. When Medley Police officers arrived in the area of 7500 NW South River Drive, they observed an individual, who matched the description provided by dispatch, riding a bicycle towards them. The individual was later identified as DELGADO. Responding officers asked DELGADO to stop and he complied. When the responding officers asked DELGADO where he was going, he told them he was heading to work. When they asked him where he worked, he said he did not know the name and he did not know the address. When the officers asked DELGADO what he did, DELGADO explained he did not know yet because he had just started.

6. While responding officers were interviewing DELGADO, they observed in plain view what appeared to be mail—several envelopes—coming out from the bottom of DELGADO's jacket. Shortly after, those several envelopes fell out of DELGADO's jacket, none of which bore his name or home address. At this time, responding officers placed DELGADO into custody and advised him of his *Miranda* rights. Post *Miranda*, DELGADO admitted to stealing the mail in his possession. DELGADO added that he was on his way to work when he decided to steal the mail.

7. The officers then searched DELGADO's backpack, in which the officers observed several pieces of mail addressed to residents of Hialeah, Florida. The officers asked DELGADO about the mail in the backpack, and he admitted to taking it.

8. In the backpack, the officers found 54 pieces of mail, which were addressed to 15 different addresses in the cities of Hialeah and Medley, and burglary tools. None of the mail was addressed to DELGADO. Additionally, DELGADO provided identification establishing that he does not live at any of the addresses listed on the mail.

9. The Medley resident who contacted the Police Department came to the scene and identified DELGADO as the man he saw opening mailboxes and entering into back yards. Further,

the residents of 7565 NW South River Drive and 7575 NW South River Drive stated that they did not give DELGADO authorization to take their mail.

10. I responded to the Medley Police Department and interviewed DELGADO. Post-*Miranda*, DELGADO admitted to stealing the mail in an attempt to find checks and/or credit cards. DELGADO stated that he was planning on selling the stolen mail to an individual known as 'Nestor.' DELGADO added that 'Nestor' has several associates that he sends out to steal mail in exchange for cash.

## CONCLUSION

11. Based on my training and experience and the facts detailed above, I respectfully submit that there is probable cause to believe that on or about February 9, 2022, DELGADO committed mail theft, in violation of Title 18, United States Code, Section 1708.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

N. M. Ramos, Postal Inspector
United States Postal Inspection Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Face Time this _10th_ of February 2022, at 1:31 pm

HONORABLE MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

3